# EXHIBIT 1-C



CounselLink®

LexisNexis® CounselLink®

# 2025 Trends Report

## Benchmark Metrics to Empower Legal Cost Management

CounselLink®

CounselLink® *2025 Trends Report*

## INSIGHTS BASED ON DATA DERIVED FROM:

**OVER**
$67 Billion
IN LEGAL SPENDING

**NEARLY**
510,000
TIMEKEEPERS

**MORE THAN**
1.8 Million
MATTERS

*Source: LexisNexis CounselLink Insight Benchmarking Database*

CounselLink®

# TABLE OF CONTENTS


4 Executive Highlights

6 Introduction

7 The Eight Key Metrics

8 #1A: Blended Hourly Rates for Matters by Practice Area

9 #1B: Blended Hourly Rates for Matters by Subcategory

13 #2: Law Firm Consolidation: Number of Legal Vendors Used by Corporations

14 #3A: Alternative Fee Arrangement Usage by Matter

15 #3B: Alternative Fee Arrangement Usage by Billings

16 #4: Partner Hourly Rate Differences by Law Firm Size

18 #5A: Partner Hourly Rate Growth by City

19 #5B: Partner Hourly Rate Growth by State

20 #6A: Median Partner Hourly Rate by Practice Area

21 #6B: Median Partner Hourly Rates by Subcategory of Work

23 #6C: Partner Hourly Rate Growth by Practice Area

24 #7A: International Partner Rates

26 #7B: International Partner Rates: The Americas

27 #7C: International Partner Rates: EMEA Region

28 #7D: International Partner Rates: APAC Region

29 #8A: Share of Legal Spend by Size of Law Firm **New for 2025**

30 #8B: Share of New Matter Legal Spend by Size of Law Firm **New for 2025**

31 About the Trends Report

32 Expert Contributor

# Executive Highlights

## WHAT 2024 REVEALED

### RECORD-BREAKING RATE INCREASES BY PARTNERS WERE NOT REPORTED

Although partner rate increases did not set records last year, partner rates increased in 2024 at the second-highest level since LexisNexis® CounselLink® first produced the *Trends Report* in 2013. The average partner rate increase in 2024 was 5.1% (relative to 5.4% in 2023 and 4.6% in 2022). Refer to the chart on page five to visualize the trend since 2013.

### BILLING RATES FOR TOP-TIER TIMEKEEPERS ARE EXCEPTIONALLY HIGH

In high-value practices, the billing rates for top-tier timekeepers are exceptionally high. In some cases, partners are charging over $2,300 per hour, and high-end associates are nearing $2,000 per hour in 2024. Rate increases are highly correlated with practice area rates.

Lawyers in practices charging the highest rates in 2024 are generally the same ones who raised their rates the most on a percentage basis year-over-year. This contributes to an increasing gap in rates billed by larger law firms in comparison to smaller firms, as well as a rate gap between practice areas perceived at different levels of value.

In 2024, as in 2023, the median partner in the largest law firms billed at a rate that was 61% higher than the median partner in the next tier of firms. That same differential was only 49% in 2022.

### LARGE LAW INCREASED MARKET SHARE

Large Law increased market share from 49.0% in 2023 to 49.3% in 2024. Additionally, Large Law increased its share of new matter work in 2024, which may be a leading indicator of a future gain in market share.

### MANAGEMENT OF MIX MITIGATES INDIVIDUAL RATE INCREASES

As reported in last year's report, despite individual timekeeper rates increasing at near-record levels, the overall matter rates did not increase quite as much in most practice areas. This likely means that the management of mix (firms, levels and individual timekeepers) is helping corporate counsel mitigate individual attorney rate increases.

# Hourly Rates

## Throughout *Trends Report* History

Significantly higher rate increases started in 2022




* As reported each year since 2013 in the LexisNexis® CounselLink® *Trends Report*

# Introduction

The first edition of the annual LexisNexis CounselLink Enterprise Legal Management *Trends Report* was published in October 2013. That report established a set of six key metrics based on data available via the CounselLink Insight Benchmarking Database and provided insights that corporate law departments and law firms could use to guide their decisions and subsequent actions.

Beginning with the 2021 edition, a seventh key metric was added to highlight hourly rates billed by law firm partners located in countries outside of the United States. This edition of the *2025 Trends Report* incorporates a new eighth key metric that highlights trends in client engagement of law firms of varying sizes.

With the volume of data available for analysis growing with each passing year, the 2025 edition of the *Trends Report* represents the most up-to-date and detailed picture of how legal market dynamics are evolving over time.

Information about the methodologies used, definitions and expert contributors conducting the analysis are presented at the end of the report.





# Update on Eight Key Metrics

Each annual update of the CounselLink *Trends Report* covers a standard set of key metrics related to hourly legal rates and the corporate procurement of legal services. A new metric has been added for the *2025 Trends Report*.

1A
KEY METRIC

# Blended Hourly Rates for Matters by Practice Area

**BLENDED HOURLY RATES AND RATE VOLATILITY DIFFER BY TYPE OF WORK**

Based on 12 months of data ending December 31, 2024
Practice areas ordered by median blended matter rates




Volatility is a calculated indicator of blended rate variability. Higher numbers suggest better possibilities for negotiating rates and/or changing the assigned timekeeper mix.

*See page 11 for guidance on interpreting all blended hourly rates charts.*

1B
KEY METRIC

# Blended Hourly Rates for Matters by Subcategory

**BLENDED HOURLY RATES AND RATE VOLATILITY DIFFER BY SUBCATEGORY OF WORK**

Based on 12 months of data ending December 31, 2024
Practice areas ordered by median blended matter rates



1B
KEY METRIC

# Blended Hourly Rates for Matters by Subcategory

**BLENDED HOURLY RATES AND RATE VOLATILITY DIFFER BY SUBCATEGORY OF WORK**

Based on 12 months of data ending December 31, 2024
Practice areas ordered by median blended matter rates



**Interpreting the Charts:**

The charts on the previous pages capture matter level benchmarks. It's important to distinguish that Key Metric #1 is not benchmarking individual timekeeper rates, but rather the blended rates that result from the multiple timekeepers that work on a given matter. As a guide to interpreting the output, compare the two categories (page 8) Corporate and Employment & Labor. These two categories have very similar median blended average matter rates ($413 and $400, respectively). Note that Corporate matters have a median partner rate of $785, considerably higher than that of Employment & Labor ($565). This indicates that relative to Corporate work, Employment & Labor matters are staffed more significantly with non-partners whose hourly rates bring down the overall blended average matter rates.

The Volatility Index provided in this section is a calculated marker that shows the variability in blended matter rates. Using a 10-point scale, the Index highlights the broad spread between the 25th and 75th percentiles of hourly rates. High volatility scores indicate greater variance in prices paid based on the mix of timekeepers and individual hourly rates.

Although individual lawyer rates are the focus of considerable industry attention, it is equally, or arguably more important, to look at the bigger picture: the blended average rate of the different timekeepers that work on a matter. The chart shows that the median blended hourly rate is highest for Mergers & Acquisitions (M&A), which often involve the most expensive firms and require significant partner engagement.

**Practice Area Volatility Index**

Readers should keep in mind that the median is only one data point. It is important to consider the range of blended rates around the median. The Volatility Index metric assesses the spread between the 25th and the 75th percentiles. As an example, Corporate work has a Volatility Index of 10 while Insurance has a Volatility Index of one. This indicates that the mix of timekeepers and rates paid on Corporate matters varies significantly compared to those for Insurance matters. A high Volatility Index could also indicate that a category represents a wide range of matter types (which Corporate does). Refer to Key Metric #1B for a breakdown of Corporate work.

The 2024 data reveal that five matter categories have Volatility Indices lower than four. This means rates are consistent and less subject to negotiations between corporations and their firms in these matter categories:

- Employment & Labor
- Insurance
- Intellectual Property
- Litigation
- Real Estate

**Changes in Median Blended Rates**

Two matter categories saw their median blended average matter rate increase by more than 5% relative to 2023. Those categories are Mergers & Acquisitions (12.4%) and Regulatory & Compliance (8.2%). It is worth noting that the median blended average matter rate change was materially less than the average partner rate change for these practices (refer to Key Metric #6). For example, the median Corporate partner increased their rate by 6.7% in 2024 (refer to Key Metric #6B). However, the median blended average Corporate matter rate increased by only 3.3% relative to 2023. This means that the mix of timekeepers working on Corporate matters in 2024 was weighted more heavily toward less costly timekeepers.

**Key Metric 1B: Blended Hourly Rates and Rate Volatility Differ by Legal Work Subcategories**

Key Metric #1 measures average billing rates for high-level categories of legal work. Beginning in 2021, the *Trends Report* expanded upon this to include benchmarks for more granular categories of work to continue to provide more meaningful data points for decision making in the legal industry.

Note that several of the subcategories have Volatility Indices that are lower than that of their parent categories. For example, refer to the Corporate practice area in Key Metric #1 that had a Volatility Index of 10.

The three subcategories of Corporate reflected in Key Metric #1B include Antitrust, Bankruptcy and Tax. These areas have volatility scores of 5, 2 and 5, respectively. As we narrow to more granular/similar types of legal work relative to the broader Corporate category, there is less variability between the 25th and 75th percentile blended average rates. For example, there is greater consistency in the staffing and/or negotiated rates for these types of work, particularly for Bankruptcy.



2 KEY METRIC

# Law Firm Consolidation: Number of Legal Vendors Used by Corporations

**62% OF COMPANIES HAVE 10 FIRMS OR FEWER ACCOUNTING FOR ~80% OF OUTSIDE COUNSEL FEES**

Based on 12 months of data ending December 31, 2024




This chart shows the degree of law firm consolidation among companies whose outside counsel legal billings are processed through LexisNexis CounselLink. The horizontal axis separates participating companies into nine segments representing different degrees of consolidation. For example, the bar on the far right shows that 34% of participating companies have 90% to 100% of their legal billings with 10 or fewer vendors; these are the most consolidated legal departments. The far left bar shows that just 1% of companies have 20% of their legal billings with 10 or fewer firms. Levels of consolidation have increased slightly relative to the prior year. Levels of consolidation are essentially unchanged from the prior year.

**Industry type plays a significant role in consolidation:**

## HIGH DEGREES OF CONSOLIDATION

100%
Construction Services

80%
Retail Trade

75%
Utilities Companies

71%
Education Services

## LOW DEGREES OF CONSOLIDATION

51%
Finance (*particularly Insurance*)

44%
Health Care & Social Services

40%
Public Administration

3A
KEY METRIC

# Alternative Fee Arrangement Usage by Matter

**SOME FORM OF ALTERNATIVE FEE ARRANGEMENTS (AFAS) WERE USED IN 9.9% OF MATTERS**

Based on 12 months of data ending December 31, 2024

**PERCENTAGE OF MATTERS UTILIZING AFAs**




The use of AFAs to govern legal services payments varies considerably by legal matter type. High volume, predictable work included in Intellectual Property and the Employment & Labor categories continues to have the highest volume of matters billed under AFAs. More than 25% of these matters are billed under AFAs.

**INTELLECTUAL PROPERTY** AND **EMPLOYMENT & LABOR**
utilized AFAs for more than 25% of matters.

Trends indicate that adoption of AFAs within Employment & Labor is growing. In 2024, 28.5% of Employment & Labor matters were billed under an AFA compared to 26.9% in 2023 and 24.7% in 2022. The percentage of Intellectual Property matters billed under an AFA, 29.2%, was stable in 2024. Intellectual Property matters were billed under AFAs at a rate of 30.3% in 2023 compared to 26.4% in 2022.

3B KEY METRIC

# Alternative Fee Arrangement Usage by Billings

**SOME FORM OF AFAs WERE USED IN 7.0% OF BILLINGS**

Based on 12 months of data ending December 31, 2024

**PERCENTAGE OF BILLINGS UTILIZING AFAs**




In 2023, 5.7% of billings were tied to an AFA. The increase in 2024 occurred in almost all matter categories. CounselLink will monitor this trend to see if it continues. If so, it may be indicative of greater acceptance of non-hourly billing for legal matters.

4

KEY METRIC

# Partner Hourly Rate Differences by Law Firm Size

**MEDIAN RATES ACROSS PRACTICE AREAS EXCLUDING INSURANCE**

Based on 12 months of data ending December 31, 2024

**MEDIAN PARTNER HOURLY RATES BY LAW FIRM SIZE**




The size of a law firm is highly correlated to the rates billed by its lawyers. This progression is especially notable for the largest category of firms: those with 750 or more lawyers. The median hourly billing rate for partners in firms with more than 750 lawyers ($1,050) is 61% higher than the median hourly billing rate billed by partners in the next smaller tier of firms ($652).

**There are two noteworthy trends:**

1. The 61% differential for the largest firms compared to the next tier of firms is the same as reported in 2023 and remains the largest gap recorded in the 12 years of tracking the metric in the *Trends Report*. The differential was 46% for 2022 rates relative to 2021.

2. Benchmark data shows that 2024 is the first year that the median partner rate in the largest tier of firms has exceeded $1,000 per hour.

**There are several relevant data points to this trend not discernable from Key Metric #4:**

1. For firms with 750+ lawyers, the median partner rate in 2024 was 6% higher than the median partner rate in 2023.

2. For those same firms, the partner rate at the 90th percentile in 2024 was 8% higher than the partner rate at the 90th percentile in 2023. This point is significant because it tells us that those partners who are already billing at the highest rates (very senior partners in practices such as Mergers & Acquisitions, Regulatory & Compliance, etc.) can raise their rates to even higher degrees than other partners. The market is bearing these rate increases. Notably, in 2024, some partners billed hourly rates at more than $2,300 per hour.

3. On average, partners in firms with 750+ lawyers increased their rates by 7.5%, very similar to the rate change of the median partner. This was the highest average increase of all the firm size categories. Note that the average is slightly below what was reported in 2023 (7.9%) which was the highest average increase on record.

4. While this report emphasizes partner rates as a primary benchmark, it should also be noted that associate rates in 2024 increased at an even higher rate than partner rates. The average partner rate increase in 2024 in the largest firms was 7.5%. In the largest firms, the average associate rate increase was 10.8%.

5. Associate and of counsel rates have been increasing on average at a higher rate than partner rates for the last several years. In 2024, there were associates (in high-value practices) who billed rates at more than $1,900 per hour.



5A
KEY METRIC

# Partner Hourly Rate Growth by City

**SIX MAJOR METROPOLITAN AREAS SHOW MEDIAN PARTNER RATE GROWTH OF MORE THAN 6%**

Based on 12 months of data ending December 31, 2024

**PARTNER RATE GROWTH IN SIX METRO AREAS**







Across the United States, partner hourly rates grew 5.1% on average in 2024.

The highest growth in partner rates occurred in Boston; Washington, D.C.; Atlanta; Chicago; Cleveland; and Detroit. Each of the six cities saw average attorney rates grow more than 6%, relative to 2023.

On the opposite side of the spectrum, one city, Miami, had average hourly growth rate below 3%.

Three major metropolitan areas had a median partner rate above $1,000 per hour in 2024: Boston, New York and Washington, D.C. Two cities are close behind and likely to break this threshold soon: Chicago and Los Angeles.

It's important to bear in mind that these are median rates, meaning half of the partners in these cities bill at rates higher than $1,000 per hour.

5B

KEY METRIC

# Partner Hourly Rate Growth by State

**GROWTH IN MEDIAN PARTNER RATES BY STATE; 5.1% YEAR-OVER-YEAR AVERAGE INCREASE**

Based on 12 months of data ending December 31, 2024




## 5.1% AVERAGE GROWTH IN PARTNER RATES ACROSS STATES

The average growth in partner rates across states is 5.1%, slightly lower than the average increase of 5.4% in 2023.

6A
KEY METRIC

# Median Partner Hourly Rate by Practice Area

**MEDIAN PARTNER RATES IN FIVE PRACTICE AREAS ABOVE $700 AN HOUR**

Based on 12 months of data ending December 31, 2024

Mergers & Acquisitions
$1,210

Regulatory & Compliance
$875

Commercial & Contracts
$820

Finance, Loans & Investments
$792

Corporate
$785

$640
Intellectual Property

$565
Employment & Labor

$551
Real Estate

$407
Environmental

$390
Litigation

$244
Insurance

Aggregate statistics based on legal work performed in 2024 identify Mergers & Acquisitions as the practice area with the highest median partner rate of $1,210. Practices with median partner rates over $700 per hour have high medians in large part because companies often use larger firms for these kinds of matters.

As noted in the new Key Metric #8, Large Law firms handled 72% of Mergers & Acquisitions work. Concerning the other high-rate practices of Regulatory & Compliance; Finance, Loans & Investments; Commercial & Contracts; and Corporate, Large Law had 57% of work from these practice areas combined.

Conversely, at the lower end of the hourly rate spectrum is Insurance. Insurance carriers demand and negotiate aggressively for low rates on their high-volume defense matters. Law firms with fewer than 50 lawyers handled 34% of insurance work in 2024.

6B
KEY METRIC

# Median Partner Rates by Subcategory of Work

**WITHIN PRACTICE AREAS, SUBCATEGORY RATES VARY CONSIDERABLY**

Based on 12 months of data ending December 31, 2024



6B
KEY METRIC

# Median Partner Rates by Subcategory of Work

**WITHIN PRACTICE AREAS, SUBCATEGORY RATES VARY CONSIDERABLY**

Based on 12 months of data ending December 31, 2024




New since the CounselLink *2021 Trends Report*, benchmarks are available for more granular categories of legal work. Litigation work, for example, encompasses a wide variety of practices that command very different rates. At the high end, Intellectual Property Litigation had a median partner hourly rate of $1,049 in 2024; whereas, Asbestos Litigation work was billed at a median partner hourly rate of $244.

6C KEY METRIC

# Partner Hourly Rate Growth by Practice Area

**THREE PRACTICE AREAS INCREASE PARTNER RATE GROWTH IN 2024**

Based on 12 months of data ending December 31, 2024




Turning to partner rate growth by practice area, rates increased in 2024, but not at the record-setting percentages of 2023. For example, in 2023 partner rates increased on average 8.4%. This year, the average Mergers & Acquisition rate change was 7.4%. Note that all five of the types of work that already command median hourly rates above $700 (see Key Metric #6A) are at the top of this list with average rate increases above 6%.

There is a strong correlation between the hourly rates partners bill and the percentage increase of their rates in the next year. The gap between rates in “high-value” practices and rates billed in other practice areas continues to widen for this reason.

7A
KEY METRIC

# International Markets
# Median Partner Hourly Rates

**CORPORATIONS FREQUENTLY HIRE INTERNATIONAL OUTSIDE COUNSEL FOR MULTIPLE TYPES OF WORK**

Based on 12 months of data ending December 31, 2024




**SIX PRACTICE AREAS :**

REGULATORY & COMPLIANCE
LITIGATION
INTELLECTUAL PROPERTY
EMPLOYMENT
CORPORATE
COMMERCIAL & CONTRACTS

Corporations headquartered outside of the United States, as well as U.S. corporations with international interests, look to firms in many countries to handle their legal needs. Nearly 10% of invoice spending processed through CounselLink comes from law firms outside the U.S. Key Metric #7 provides benchmarks of partner hourly rates for countries where outside counsel is most often engaged for Regulatory & Compliance; Litigation; Intellectual Property; Employment & Labor; Corporate; and Commercial & Contracts work. CounselLink has benchmark data for more than 100 countries spanning multiple practice areas. Key Metric #7 provides data for those countries and practices with the most significant and consistent international billing.

In 2024, median hourly partner rates were among the highest in the United Kingdom and in South Korea in five of the six practice areas. In all matter categories, India and Japan had partners billing at considerably lower rates.

7B
KEY METRIC

# International Markets: The Americas Median Partner Hourly Rates

**CORPORATIONS FREQUENTLY HIRE INTERNATIONAL OUTSIDE COUNSEL FOR MULTIPLE TYPES OF WORK**

Based on 12 months of data ending December 31, 2024

RATES IN $USD



## CANADA

$675 Corporate
$642 Regulatory & Compliance
$639 Commercial & Contracts
$561 Litigation
$550 Intellectual Property
$505 Employment & Labor

## MEXICO

$500 Corporate
$500 Employment & Labor
$475 Litigation
$450 Commercial & Contracts
$400 Regulatory & Compliance
$370 Intellectual Property

## BRAZIL

$562 Regulatory & Compliance
$540 Corporate
$434 Litigation
$418 Commercial & Contracts
$415 Employment & Labor
$400 Intellectual Property

7C
KEY METRIC

# International Markets: EMEA Region Median Partner Hourly Rates

**CORPORATIONS FREQUENTLY HIRE INTERNATIONAL OUTSIDE COUNSEL FOR MULTIPLE TYPES OF WORK**

Based on 12 months of data ending December 31, 2024



RATES IN $USD

## BELGIUM

$653 Regulatory & Compliance
$644 Corporate
$580 Employment & Labor
$483 Litigation
$349 Commercial & Contracts

## IRELAND

$701 Corporate
$570 Regulatory & Compliance
$556 Litigation
$543 Commercial & Contracts
$477 Intellectual Property
$412 Employment & Labor

## FRANCE

$747 Regulatory & Compliance
$684 Commercial & Contracts
$651 Litigation
$546 Corporate
$502 Intellectual Property
$476 Employment & Labor

## ISRAEL

$560 Corporate
$540 Employment & Labor
$525 Intellectual Property
$520 Commercial & Contracts
$371 Litigation

## GERMANY

$679 Litigation
$562 Regulatory & Compliance
$468 Corporate
$450 Commercial & Contracts
$421 Employment & Labor
$403 Intellectual Property

## THE NETHERLANDS

$780 Regulatory & Compliance
$630 Employment & Labor
$628 Corporate
$613 Commercial & Contracts
$587 Litigation
$387 Intellectual Property

7D KEY METRIC

# International Markets: APAC Region Median Partner Hourly Rates



**CORPORATIONS FREQUENTLY HIRE INTERNATIONAL OUTSIDE COUNSEL FOR MULTIPLE TYPES OF WORK**

Based on 12 months of data ending December 31, 2024

RATES IN $USD

## AUSTRALIA

| | |
|---|---|
| $663 | Litigation |
| $659 | Regulatory & Compliance |
| $653 | Corporate |
| $638 | Commercial & Contracts |
| $603 | Employment & Labor |
| $491 | Intellectual Property |

## JAPAN

| | |
|---|---|
| $431 | Corporate |
| $426 | Litigation |
| $382 | Regulatory & Compliance |
| $327 | Commercial & Contracts |
| $321 | Employment & Labor |
| $252 | Intellectual Property |

## CHINA

| | |
|---|---|
| $800 | Regulatory & Compliance |
| $758 | Corporate |
| $750 | Commercial & Contracts |
| $649 | Employment & Labor |
| $480 | Litigation |
| $360 | Intellectual Property |

## REPUBLIC OF KOREA

| | |
|---|---|
| $940 | Commercial & Contracts |
| $900 | Regulatory & Compliance |
| $860 | Employment & Labor |
| $750 | Corporate |
| $750 | Litigation |
| $513 | Intellectual Property |

## INDIA

| | |
|---|---|
| $425 | Employment & Labor |
| $395 | Commercial & Contracts |
| $350 | Litigation |
| $300 | Intellectual Property |
| $288 | Corporate |
| $252 | Regulatory & Compliance |

## SINGAPORE

| | |
|---|---|
| $759 | Litigation |
| $724 | Employment & Labor |
| $713 | Commercial & Contracts |
| $709 | Regulatory & Compliance |
| $686 | Corporate |
| $393 | Intellectual Property |

8A
KEY METRIC

# Share of Legal Spend by Size of Law Firm

**SHARE OF TOTAL LEGAL SPENDING EACH YEAR BY SIZE OF LAW FIRM**

Based on 12 months of data ending December 31, 2024




*Source: LexisNexis® CounselLink® Insight Benchmarking Database, 2022 – 2024; CounselLink 2025 Trends Report*

Roughly 100 of the largest firms, with more than 750 lawyers, dominate share of wallet and have increased their share of wallet each year. These firms generated 49.3% of the legal billing in 2024.

## In 2024,

THERE WERE ASSOCIATES (IN HIGH-VALUE PRACTICES) WHO BILLED RATES AT MORE THAN **$1,900 per hour.**

8A
KEY METRIC

# Share of Legal Spend by Size of Law Firm

**SHARE OF TOTAL LEGAL SPENDING EACH YEAR BY SIZE OF LAW FIRM**

Based on 12 months of data ending December 31, 2024




It is significant that the lines at the top of this chart, where Large Law firms have the highest market share, are the same practices that command the highest billing rates:

- Mergers & Acquisitions; Finance, Loans & Investments; Corporate; Commercial & Contracts; and Regulatory & Compliance.
- There is only one practice where large firms have (slightly) lost share each of the last two years: Commercial & Contracts.
- In 2024, the Large Law share of Regulatory & Compliance work dropped from 60% to 56%.

8B
KEY METRIC

# Large Law Share of New Matter Legal Spend

**LARGE LAW PORTION OF BILLING FOR NEW MATTERS CREATED IN A GIVEN YEAR**

Based on 12 months of data ending December 31, 2024




Key Metric #8A represents the share of total legal spending each year by size of law firm.

Key Metric #8B represents the portion of billing associated with new matters coming from Large Law. For example, for new matters created in 2023, 46% of billing against those matters in 2023 came from Large Law. That spend is a subset of the total legal spend flowing through CounselLink each year. As a point of reference, the annual spend generated from new matters in a given year is approximately 25% of that year's total spend. The other 75% comes from the matters originating in prior years.

> Key Metric #8B is a leading indicator of the future value of Key Metric #8A. For the spend associated with new matters opened in 2024, a larger portion of billing came from the largest firms. In future years, those firms will continue to bill against most of these matters.

# LexisNexis CounselLink
## *2025 Trends Report*



**TERMINOLOGY:**

**Matter Categorization**: CounselLink solution users define the types of work associated with various matters that were analyzed and categorized into legal practice areas. For this analysis, all types of litigation matters are classified as Litigation regardless of the nature of the dispute.

**Law Firm Size**: Based on the total number of lawyers in a firm, firms were grouped into these six categories:

> 750+
> 501-750
> 201-500
> 101-200
> 51-100
> 1-50



# Expert Contributor

Since the inception of the LexisNexis CounselLink *Enterprise Legal Management Trends Report* in 2013, Kris Satkunas has been the principal author. She has made notable contributions to this latest *Trends Report* in the analysis of CounselLink data and in preparing the surrounding narrative.

## Author



**KRISTINA SATKUNAS**
**DIRECTOR OF STRATEGIC CONSULTING**

As Director of Strategic Consulting at LexisNexis CounselLink, Kris brings more than 20 years of experience consulting in the legal industry to advise corporate legal department managers on improving operations with data-driven decisions. Kris is an expert in managing the business of law and in data mining, with specific expertise in matter pricing and staffing, practice area metrics, and scorecards.

Prior to joining CounselLink, Kris served as Director of the LexisNexis Redwood Analytics Think Tank, which she also established. For five years, Kris worked closely with thought leaders in large law firms conducting unbiased data-based research studies focused on finding solutions to legal industry management issues. Before that, she led the business of law consulting practice for large law firms. During that time she worked with key management at more than 100 large law firms to improve their financial models and analyses.

Kris has authored numerous articles and spoken at many legal industry conferences and events. She came to LexisNexis in 2000 after honing her finance skills as a Senior Vice President in Strategic Finance at SunTrust Bank. She holds a B.B.A. in Finance from The College of William and Mary.

Kris may be reached at kristina.satkunas@lexisnexis.com.

LinkedIn

# CounselLink®

LexisNexis® CounselLink® is the leading cloud-based legal management solution designed to help corporate legal departments gain visibility into all work, matters, invoices, and contracts so they can control costs, maximize productivity and make better decisions. For nearly 30 years, LexisNexis has provided innovative solutions to corporate legal departments based on insight from thought leaders, industry expertise and customer feedback.

Here's how CounselLink+™ supports your legal department with integrated enterprise legal management and contract lifecycle management solutions:

- **Financial Management** enhances the predictability of legal spend by providing complete visibility into every penny spent by the department and utilizing AI tools to improve e-billing processes.
- **Work Management** helps you collect, organize, track, audit, and report on all the work done within the legal department to increase productivity and drive better outcomes for your business.
- **Vendor Management** strengthens your relationships with law firms by measuring their performance and assisting with data-driven outside counsel selection through our Lex Machina® integration.
- **Matter Management** improves insight into legal matters by providing one organized repository for outside counsel to collaborate on all matter-related information, including tasks, calendars, documents, and invoices.
- **Contract Lifecycle Management** leverages AI to streamline development, execution and management of contracts throughout their lifecycle, while providing LexisNexis Practical Guidance® contract templates across nine key practice areas.
- **Reporting and Analytics** offers detailed data visualizations of total workload in the legal department, along with benchmark insights to make more-informed decisions and demonstrate legal department value.

If you have questions or comments about the CounselLink *2025 Trends Report* or want to learn more about CounselLink software and services, visit our website, or contact us via email: LexisNexisCounselLink@lexisnexis.com.

Follow us online




LexisNexis and the Knowledge Burst logo are registered trademarks of Reed Elsevier Properties Inc., used under license. CounselLink is a registered trademark of LexisNexis, a division of RELX Inc. Other products or services may be trademarks or registered trademarks of their respective companies.
Copyright © 2025 LexisNexis. All rights reserved.

LexisNexis®